**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                     12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **FERRAGI** First name _____ Middle name _____ **REYNOLDS** Last name and Suffix (Sr., Jr., II, III) | **KIARA** First name _____ Middle name _____ **REYNOLDS** Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | Ferragi J Reynolds Ferraji Jermaine Reynolds | Kiara D Reynolds FKA Kiara Daunisha Beverly |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2646 | xxx-xx-9744 |

| Debtor 1 | **FERRAGI REYNOLDS** |
|----------|----------------------|
| Debtor 2 | **KIARA REYNOLDS** |

Case number *(if known)* _____

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|--|--|---------------------|---------------------------------------------------|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** | **Where you live** | **8985 S. Durango Drive #1167**<br>**Las Vegas, NV 89113**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **FERRAGI REYNOLDS** |
|---|---|
| Debtor 2 | **KIARA REYNOLDS** |

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **FERRAGI REYNOLDS** |
|---|---|
| Debtor 2 | **KIARA REYNOLDS** |

Case number *(if known)* _____

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **FERRAGI REYNOLDS**
Debtor 2    **KIARA REYNOLDS**

Case number *(if known)* _____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---------|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **FERRAGI REYNOLDS**
Debtor 2   **KIARA REYNOLDS**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.  I am not filing under Chapter 7. Go to line 18.

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ FERRAGI REYNOLDS** | **/s/ KIARA REYNOLDS** |
|---|---|
| **FERRAGI REYNOLDS** | **KIARA REYNOLDS** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **April 7, 2016** | Executed on **April 7, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **FERRAGI REYNOLDS**
Debtor 2    **KIARA REYNOLDS**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Seth Ballstaedt, Esq.** _____    Date    **April  7, 2016** _____
Signature of Attorney for Debtor                                                    MM / DD / YYYY

**Seth Ballstaedt, Esq.** _____
Printed name

**Ballstaedt Law** _____
Firm name

**9555 S Eastern Ave. Ste #210**
**Las Vegas, NV 89123** _____
Number, Street, City, State & ZIP Code

Contact phone    **(702) 715-0000** _____    Email address    **help@bkvegas.com** _____

**11516** _____
Bar number & State

---

FERRAGI REYNOLDS
KIARA REYNOLDS
8985 S. Durango Drive #1167
Las Vegas, NV 89113

Seth Ballstaedt, Esq.
Ballstaedt Law
9555 S Eastern Ave. Ste #210
Las Vegas, NV 89123

Aargon Collection Agen
Acct No xxxxxx4610
8668 Spring Mountain Rd
Las Vegas, NV 89117

Acceptance Now
Acct No xxxxxx7394
5501 Headquarters Dr
Plano, TX 75024

Acceptance Now
Acct No xxxxxxx7394
5501 Headquarters Dr
Plano, TX 75024

Ad Astra Recovery Serv
Acct No xxx5308
7330 W 33rd St N Ste 118
Wichita, KS 67205

Ad Astra Recovery Serv
Acct No xxx9257
7330 W 33rd St N Ste 118
Wichita, KS 67205

Allied Coll
Acct No xxxxx7801
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Coll
Acct No xxxxx7602
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Coll
Acct No xxxxx5301
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Coll
Acct No xxxxx7601
3080 S Durango Dr Suite 208
Las Vegas, NV 89117

Allied Collection Se
Acct No xxxxx3901
3080 S. Durango Road,  Suite 208
Las Vegas, NV 89117

Allied Collection Se
Acct No xxxxx1701
3080 S. Durango Road,  Suite 208
Las Vegas, NV 89117

Allied Collection Se
Acct No xxxxx7501
3080 S. Durango Road,  Suite 208
Las Vegas, NV 89117

Allied Collection Se
Acct No xxxxx1601
3080 S. Durango Road,  Suite 208
Las Vegas, NV 89117

American Medical Collection Agency
Acct No xxxxxxxxx51.00
4 Westchester Plaza, Building 4
Elmsford, NY 10523

Arizona Fcu
Acct No xxxx9509
Po Box 60070
Phoenix, AZ 85082

Arizona Public Service
Acct No xxxxx6283
Po Box 53999
Phoenix, AZ 85072

Byl Collection Service
Acct No xxx0521
301 Lacey St
West Chester, PA 19382

C A G Acceptance Llc
Acct No xxx7401
1208 W Broadway Rd
Mesa, AZ 85202

Cash Factory USA
6965 S Rainbow Blvd., Ste 130
Las Vegas, NV 89118

Clark County Assessor
C/O Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Clark County Collect
Acct No xxx7945
6124 W. Sahara  Service
Las Vegas, NV 89146

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Collection Service of Nevada
777 Forest St
Reno, NV 89509

Commonwealth Financial
Acct No xxxxxxx75N1
245 Main St
Dickson City, PA 18519

Commonwealth Financial
Acct No xxxxxxx77N1
245 Main St
Dickson City, PA 18519

Commonwealth Financial
Acct No xxxxxxx79N1
245 Main St
Dickson City, PA 18519

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Diversified
Acct No xxxx2000
P O Box 551268
Jacksonville, FL 32255

Diversified
Acct No xxxx0269
P O Box 551268
Jacksonville, FL 32255

Enhanced Recovery Co L
Acct No xxxx9932
8014 Bayberry Rd
Jacksonville, FL 32256

Enhanced Recovery Co L
Acct No xxxx4007
8014 Bayberry Rd
Jacksonville, FL 32256

Fed Loan Serv
Acct No xxxxxxxxxxxxx0006
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0003
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0001
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0007
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0004
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0009
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0005
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0002
Po Box 60610
Harrisburg, PA 17106

Fed Loan Serv
Acct No xxxxxxxxxxxxx0008
Po Box 60610
Harrisburg, PA 17106

Ffs Inc
Acct No xxxx82N1
2905 Lackland Rd. Suite A
Ft.Worth, TX 76116

Golden Valley Lending Inc
635 East Hwy 20, E
Upper Lake, CA 95485

Grant & Weber
Acct No xxxxx2085
8880 W Sunset Rd # 275
Las Vegas, NV 89148

Grant & Weber
Acct No xxxxx3793
8880 W Sunset Rd # 275
Las Vegas, NV 89148

Honor Finance
Acct No xxxxxx5001
1731 Central St
Evanston, IL 60201

I C System Inc
Acct No xxxx0300
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iq Data International
Acct No xxxxxxxxxxxxx4940
Po Box 3568
Everett, WA 98213

Knight Adj
Acct No xxx8295
823 E 400 S
Salt Lake City, UT 84102

LionLoans
Acct No xx-x-xxxx4179
PO Box 276
Isabel, SD 57633

LR 2002 & Fed Rules 5003 notice address

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Minute Loan Center
849 S Rainbow Blvd
Las Vegas, NV 89145

National Ser
Acct No xxx6813
18912 North Creek Suite 205
Bothell, WA 98011

Natlcrsys
Acct No xxx5672
P.O. Box 312125
Atlanta, GA 31131

Natlcrsys
Acct No xxx8759
P.O. Box 312125
Atlanta, GA 31131

Natlcrsys
Acct No xxx8760
P.O. Box 312125
Atlanta, GA 31131

Ncb Management Service
Acct No xxxxxxxxxxxx1000
1 Allied Dr
Trevose, PA 19053

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

Northern Plains Funding, LLC
PO Box 516
Hays, MT 59527

Pinnacle Credit Servic
Acct No xxx9025
Po Box 640
Hopkins, MN 55343

Plusfour Inc.
Acct No xxx1190
6345 S Pecos Rd Ste 212
Las Vegas, NV 89120

Prime Acceptance Corp
Acct No xxxx5510
5097 S 900 E
Salt Lake City, UT 84117

Quantum Collections
Acct No xxxx1401
3080 S Durango Dr Ste 10
Las Vegas, NV 89117

```
Rapid Cash/Speedy
PO BOX 780408
WICITA, KS 67278

Rent a Center
2121 E Lake Mead Blvd
North Las Vegas, NV 89030

Santander Consumer Usa
Acct No xxxxxxxxxxxx1000
Po Box 961245
Ft Worth, TX 76161

Social Security Administration
Office of Regional Chief Counsel, Reg IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stephen Kopolow, Esq.
Acct No 15C011030
8020 W. Sahara Ave., Suite 225
Las Vegas, NV 89117

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

University Of Phoenix
Acct No xxxxxx9303
4615 E Elwood St Fl 3
Phoenix, AZ 85040

Us Dep Ed
Acct No xxxxxx7441
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Acct No xxxxxxxxxx7049
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Acct No xxxxxxxxxx7149
Po Box 5609
Greenville, TX 75403
```

```
Us Dep Ed
Acct No xxxxxxxxxx7249
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Acct No xxxxxxxxxx7349
Po Box 5609
Greenville, TX 75403

Us Dep Ed
Acct No xxxxxxxxxx9149
Po Box 5609
Greenville, TX 75403

ZocaLoans
PO Box 1147
Mission, SD 57555
```